**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLOS EDUARDO LEMUS,

Defendant.

Case No. 2:24-mj-00622-BNW

**ORDER**

IT IS ORDERED that the Status Conference currently scheduled for October 28, 2026, at 9:30 a.m. is vacated and continued to January 6, 2027 at 9:30 a.m.

DATED this 23rd day of October, 2026.

UNITED STATES MAGISTRATE JUDGE